No. 70–258.  DIEHL ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 70–264.  J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 70–268.  PATAT ET AL. *v.* DAY COMPANIES, INC. C. A. 5th Cir.  Certiorari denied.

No. 70–269.  JOHNSTON ET AL. *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 70–270.  PORTER ET AL. *v.* UNITED STATES; and
No. 70–298.  FULLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 441 F. 2d 755.

No. 70–271.  ITALIA SOCIETA DI NAVIGAZIONE (ITALIAN LINE) *v.* MAROCEANO COMPANIA NAVIERA S. A.  C. A. 2d Cir.  Certiorari denied.

No. 70–273.  KAPPEL ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 70–275.  LAFER *v.* NEW JERSEY.  Super. Ct. N. J. Certiorari denied.

No. 70–276.  D. J. McQUESTION & SONS *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 70–277.  INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, LOCAL No. 1 *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.